UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-04313-AB-ACCV** | Date: | October 23, 2026 |
| Title: | ***Tramain-Prather v. Lua*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE RE: FAILURE TO COMPLY WITH COURT'S CASE MANAGEMENT ORDER**

The operative complaint in this action was filed on May 5, 2025 (Electronic Case Filing Number ("ECF No.") 1). On May 6, 2026, Defendant Lua filed an answer (ECF No. 26). On May 7, 2026, the Court issued its Case Management and Scheduling Order ("CMO"), where it ordered the parties to file their status report no later than October 6, 2026 (ECF No. 27). On October 6, 2026, the Court received Defendant Lua's status report (ECF No. 30). However, Plaintiff has not filed a status report.

Accordingly, on or before **November 6, 2026**, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why the complaint should not be dismissed without prejudice for failure to prosecute; or file a status report.

The Court advises Plaintiff that failure to comply with the Court's CMO or file a status report before November 6, 2026, may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**